UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO GARCIA,

    Plaintiff,

v.

EMERALD CITY LIQUORS, INC.,

    Defendant.

Case No. 22-cv-00163-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 9, 2022**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 16, 2022, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: April 7, 2022

_____
Richard Seeborg
Chief United States District Judge